**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-50246 |
| Plaintiff - Appellee, | D.C. No. 3:12-cr-05197-LAB |
| v. | |
| RAFAEL ESQUIVEL-CASTANEDA, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Larry A. Burns, District Judge, Presiding

Submitted November 19, 2013[**]

Before:    CANBY, TROTT, and THOMAS, Circuit Judges.

Rafael Esquivel-Castaneda appeals from the district court's judgment and

challenges the 12-month sentence imposed following his guilty-plea conviction for

bringing in illegal aliens without presentation and aiding and abetting, in violation

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

of 8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Esquivel-Castaneda contends that the district court erred by imposing a two-level increase for using a minor to commit the crime under U.S.S.G. § 3B1.4.  We review for clear error.  *See United States v. Preciado*, 506 F.3d 808, 810 (9th Cir. 2007) (per curiam).  The district court did not clearly err in finding that Esquivel-Castaneda affirmatively used his children in his crime.  *See id.* (evidence that defendant "brought children along to a previously planned crime supports a finding that the minors were used to avoid detection").

**AFFIRMED.**